PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Otis Lee Smoot**

**Docket No. 0:00CR00369-1(RHK)**

**Petition on Supervised Release**

COMES NOW **Darren F. Kerns**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Otis Lee Smoot** who was sentenced for Possession With the Intent to Distribute in Excess of 50 Grams of Cocaine Base on January 18, 2002, by the Honorable Richard H. Kyle, sitting in the court at St. Paul, MN, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No firearms, dangerous weapons
Mandatory drug testing
Participate in drug treatment program

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #3: The defendant shall participate in a program for drug abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On February 7, 2005, Mr. Smoot submitted a positive drug test for cocaine. Mr. Smoot admitted he used cocaine on February 6, 2005.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 24th day of Feb., 2005, and ordered filed and made a part of the records in the above case.

[signature]

Honorable Richard H. Kyle
U.S. District Judge
c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Darren F. Kerns
U.S. Probation Officer

Executed on February 22, 2005
Place Minneapolis

SCANNED FEB 25 2005 U.S. DISTRICT COURT ST. PAUL