Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Otis Lee Smoot

Docket No. 0:00CR00369-001(RHK)

## HEARING WAIVER

I, Otis Lee Smoot, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

Signed: ______________________
Otis Lee Smoot
Supervised Releasee

Witness: ______________________
Darren Kerns
U.S. Probation Officer

Dated: 2/11/05

SCANNED
FEB 25 2005
U.S. DISTRICT COURT ST. PAUL