PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Otis Lee Smoot**

**Docket No. 0:00CR00369-001(RHK)**

**Petition on Supervised Release**

COMES NOW **Darren F. Kerns**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Otis Lee Smoot** who was sentenced for Possession with the Intent to Distribute in Excess of 50 Grams of Cocaine Base on January 18, 2002, by the Honorable Richard H. Kyle, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No firearms, dangerous weapons
Mandatory drug testing
Participate in drug treatment program
60 Days Home Detention (Modified February 24, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On November 21, 2006, the defendant was arrested by the Minneapolis Police Department and charged with Misdemeanor Domestic Assault. On November 30, 2006, the defendant admitted he grabbed the victim's arm and pulled her causing the victim to fall to the ground. He also admits that he proceeded to stomp on the victim's cellular telephone. The defendant's charges in Hennepin County are pending with the next hearing scheduled for December 19, 2006.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved by the probation officer. ~~Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total cost of treatment.~~ RHK 12/8/06

SCANNED
DEC 0 8 2006
U.S. DISTRICT COURT ST. PAUL

The defendant shall perform 24 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 8th day of Decemb, 2006, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Darren F. Kerns
Senior U.S. Probation Officer

Executed on December 6, 2006
Place Minneapolis

c: United States Sentencing Commission