Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Otis Lee Smoot

Docket No. 0:00CR0036901(RHK)

# HEARING WAIVER

I, Otis Lee Smoot, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved by the probation officer. ~~Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total cost of treatment.~~ RHK 12/8/06
>
> The defendant shall perform 24 hours of community service, as approved by the probation officer.

Signed: [signature]

Otis Lee Smoot
Supervised Releasee

Dated: 12/6/06

Witness: [signature]

SCANNED
DEC 08 2006
U.S. DISTRICT COURT ST. PAUL