PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Otis Lee Smoot**

**Docket No. 0:00CR00369-001(RHK)**

**Petition on Supervised Release**

COMES NOW **Darren F. Kerns**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Otis Lee Smoot** who was sentenced for Possession with the Intent to Distribute in Excess of 50 Grams of Cocaine Base on January 18, 2002, by the Honorable Richard H. Kyle, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No firearms, dangerous weapons; mandatory drug testing; and participate in drug treatment program

60 days home detention (Modified February 24, 2005)
Mental health counseling (Modified December 8, 2006)
24 hours community service (Modified December 8, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #3: The defendant shall participate in a program for drug abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient, counseling, or a support group.

The defendant failed to appear for drug tests as directed by the U.S. Probation Office on January 2, 2008, and March 26, 2008. He was verbally admonished and re-instructed on drug testing expectations following both missed drug tests.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 24 hours of community service, as approved by the probation officer.

SCANNED
APR 03 2008
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 2nd day of April, 2008, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Darren F. Kerns
Senior U.S. Probation Officer
Telephone: 612-664-5381

Executed on April 1, 2008
Place Minneapolis

Approved:

Curtis L. Stevens
Supervising U.S. Probation Officer

c: United States Sentencing Commission