Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Otis Lee Smoot

Docket No. 0:00CR00369-001

**HEARING WAIVER**

I, Otis Lee Smoot, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 24 hours of community service, as approved by the probation officer.

Signed: ______________________ Witness: ______________________

Otis Lee Smoot

Dated: 4/1/08

SCANNED
APR 03 2008
U.S. DISTRICT COURT ST. PAUL